UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nicolas Sanhueza Sepulveda, | Case No.: 2:25-cv-00985-CDS-MDC |
| Petitioner | **Order Directing a Response to the Petition and Denying as Moot the Motion for Order to Show Cause** |
| v. | |
| Christopher Chestnut, et al., | |
| Respondents | [ECF Nos. 1, 12] |

Petitioner Nicolas Sanhueza Sepulveda has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Sepulveda challenges his detention due to his status as an overstay under the WT program. He asserts that he has a U visa petition pending. An Immigration Judge ("IJ") determined that she lacked jurisdiction to review the original bond determination issued by the Department of Homeland Security. Sepulveda seeks an order directing the respondents to immediately release him or an order directing an individualized bond hearing before an IJ.

Having conducted a preliminary review of the petition, I direct the respondents to file and serve their response to the petition. In his motion for an order to show cause, Sepulveda requests that the respondents show cause why the petition should not be granted, which I deny as moot.

IT IS HEREBY ORDERED that petitioner Nicolas Sanhueza Sepulveda's motion for order to show cause **[ECF No. 12] is denied as moot**.

IT IS FURTHER ORDERED that the respondents must file and serve their response to the petition by July 29, 2025, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that Sepulveda has fourteen days from the date of service of the response to file and serve his reply, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that the Clerk of the Court will provide the respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to counsel for the respondents only.

Dated: July 7, 2025

_____
Cristina D. Silva
United States District Judge