SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLAS SANHUEZA SEPULVEDA,<br><br>Petitioner<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden, Nevada Southern Detention Center; TODD M. LYONS, Acting Director, United States Enforcement and Removal Operations Division; KRISTI NOEM, Secretary of Homeland Security; JOHN DOE 1 OR JANE DOE 1, Special Agent in Charge Homeland Security Investigations, Las Vegas Field Office; JOHN DOE 1 OR JANE DOE 1, Field Office Director, Las Vegas Field Office, United States Enforcement and Removal Operations Division; PAMELA JO BONDI, United States Attorney General, in their official capacities,<br><br>Respondents | Case No. 2:25-cv-00985-CDS-MDC<br><br>**Joint Stipulation of Dismissal** |

Federal Respondents Pamela Jo Bondi, Kristi Noem, Todd M. Lyons, and Christopher Chestnut ("Federal Respondents"), and Petitioner Nicolas Sanhueza Sepulveda ("Sepulveda" or "Petitioner"), through undersigned counsel, hereby stipulate to the dismissal without prejudice of each and every cause of action alleged in the Complaint filed in this case (ECF No. 1), each party to bear its own fees and costs.

A Mertis hearing regarding the substantive arguments in Petitioner's underlying asylum case was held. The Immigration Court subsequently denied Petitioner's request for

asylum, and Petitioner waived his right to appeal. Counsel for the United States and counsel for petitioner have conferred regarding Sepulveda's Petition for Writ of Habeas Corpus and agreed to its dismissal without prejudice.

   Respectfully submitted this 6th day of August 2025.

| | |
|---|---|
| **FILLMORE SPENCER, LLC** | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ T Laura Lui<br>T LAURA LUI<br>Nevada Bar No. 5535<br>525 West 5300 South Suite 200<br>Murray, Utah 84123<br>Tel.: (801) 590-9263<br>llui@fslaw.com<br>*Attorney for Petitioner* | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the Federal Respondents* |

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: August 6, 2025