# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Nicolas Sanhueza Sepulveda,

      Petitioner

v.

Christopher Chestnut, et al.,

      Defendants

Case No. 2:25-cv-00985-CDS-MDC

**Notice to Petitioner's Counsel**

Attorney Laura Liu appeared as counsel on behalf of petitioner Nicholas Sepulveda in this matter. Although the parties recently resolved this dispute, the court is aware that Liu, who is admitted to practice in Nevada, does not maintain an office in Nevada. Under Local Rule IA 11-1(b)(2), an attorney who does not maintain an office "must either (i) associate a licensed Nevada attorney maintaining an office in Nevada or (ii) designate a licensed Nevada attorney maintaining an office in Nevada…" The rule further instructs that an attorney who is admitted in Nevada but does not maintain a Nevada office "must, upon initial appearance, file a notice that (i) informs the court the attorney is appearing under subsection (b)(1) and (ii) identifies the name and contact information of the associated or designated Nevada attorney.

Because this case was voluntarily dismissed on August 6, 2025, Liu need not take action here, however, Liu must comply with the local rule in any other action pending in this district.

Dated: August 7, 2025

                                      _____
                                      Cristina D. Silva
                                      United States District Judge